NATHANIEL DOUGLAS
Deputy Section Chief
Environment and Natural Resources Division
United States Department of Justice

JOHN N. MOSCATO
Senior Counsel
Environment and Natural Resources Division,
  Environmental Enforcement Section
United States Department of Justice
999 18th Street, South Terrace - Suite 370
Denver, CO 80202
Telephone: (303) 844-1380
john.moscato@usdoj.gov

CHRISTOPHER A. CROFTS
United States Attorney

NICHOLAS VASSALLO (WY Bar # 5-2443)
Assistant United States Attorney
District of Wyoming
Post Office Box 668
Cheyenne, Wyoming 82003
Telephone: (307) 772-2124
nick.vassallo@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2015 JUL 8 PM 1 33

STEPHAN HARRIS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>COTTONWOOD CREEK, INC.,<br><br>　　　　　Defendant. | Civil Action  15-CV-108 |

## NOTICE OF LODGING OF CONSENT DECREE

Plaintiff, the United States of America, hereby gives notice that it has filed a Complaint against Cottonwood Creek, Inc. ("Cottonwood") in the above-captioned matter and simultaneously lodged with this Court a proposed Consent Decree (attached hereto). The

Complaint alleges that Cottonwood violated Sections 301(a) and 311(b)(3) of the Clean Water Act ("CWA"), 33 U.S.C. §§ 1311(a) and 1321(b)(3), as a result of a March 2010 discharge of approximately 162 barrels of oil into an unnamed tributary of the Nowood River from a leak in a pipeline at Cottonwood's facility located in Big Horn County, Wyoming. The Complaint further alleges Cottonwood had an inadequate Spill Prevention Control and Countermeasure Plan in violation of CWA Section 311(b)(7)(C), 33 U.S.C. § 1321(b)(7)(C), and 40 C.F.R. Part 112, and also lacked a Facility Response Plan in violation of CWA Sections 311(j)(5)(A)(i) and (C)(iv), 33 U.S.C. §§ 1321(j)(5)(A)(i) and (C)(iv), and 40 C.F.R. Part 112.

If entered by the Court, the proposed Consent Decree will resolve all claims alleged in the United States' Complaint.

In accordance with the policy of the United States Department of Justice and as provided in 28 C.F.R. § 50.7, following lodging with the Court, notice of the proposed Consent Decree will be published in the Federal Register. Publication in the Federal Register commences a thirty (30) day public comment period. The United States may ultimately withdraw or withhold its consent to the proposed Consent Decree if public comments disclose facts or considerations which indicate that the proposed Consent Decree is inappropriate, improper, or inadequate. After the conclusion of the thirty day comment period, the United States will either notify the Court of its withdrawal of the proposed Consent Decree or move this Court to sign and enter the proposed Consent Decree. Until the United States so notifies the Court, it respectfully requests that the Court take no action concerning the Complaint and the proposed Consent Decree which is lodged herewith.

Dated this 8th day of July, 2015.

Respectfully submitted,

/s/
JOHN N. MOSCATO
Senior Counsel
Environment and Natural Resources Division,
    Environmental Enforcement Section
United States Department of Justice
999 18th Street, South Terrace - Suite 370
Denver, CO 80202
Telephone: (303) 844-1380


CHRISTOPHER A. CROFTS
United States Attorney


/s/
NICHOLAS VASSALLO
Assistant United States Attorney
District of Wyoming
Post Office Box 668
Cheyenne, Wyoming 82003
Telephone: (307) 772-2124

Of Counsel

Sheldon H. Muller,
Senior Attorney
Legal Enforcement Program
Office of Enforcement, Compliance and Environmental Justice
U.S. Environmental Protection Agency, Region 8
1595 Wynkoop Street
Denver, CO 80202-1129

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2015, a copy of the **Civil Cover Page, Complaint, Notice of Lodging of Proposed Consent Decree, and proposed Consent Decree and Certificate of Mailing** has been served upon the following by the method(s) indicated below:

| | |
|---|---|
| Bob Stewart<br>Kelly Hart & Hallman LLP<br>303 Colorado, Suite 2000<br>Austin, Texas 78701<br>Telephone: (512) 495-6426 | [ ] By Facsimile<br>[X] U.S. Mail postage prepaid<br>[ ] By Hand Delivery<br>[ ] By Electronic Filing<br>[X] Email at bob.stewart@kellyhart.com |

_____
VAUGHNA WARBURTON
United States Attorney's Office